IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| BELL AEROSPACE SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 1:09cv141-MHT (WO) |
| U.S. AERO SERVICES, INC., STEVE MATHERLY, HARTWELL "WILLY" WILSON, JOE BEN THOMAS, MIKE HALL, RILDA BLAHA, SEAN TAYLOR, TIMBERLY "MIMI" MOORE, RON DONAHUE, and MARK ROBISON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

After an independent and de novo review of the record in this case, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objection (doc. no. 140) is overruled.

(2) The magistrate judge's recommendation (doc. no. 139), to which defendants do not object, is adopted.

(3) Plaintiff's motion for default judgment (doc. no. 120) is denied.

(4) Plaintiff is permitted to present argument to the jury regarding the "lost evidence."

DONE, this the 5th day of March, 2010.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**