IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| BELL AEROSPACE SERVICES, INC., ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 1:09cv141-MHT (WO) |
| U.S. AERO SERVICES, INC., STEVE MATHERLY, HARTWELL "WILLY" WILSON, JOE BEN THOMAS, MIKE HALL, RILDA BLAHA, SEAN TAYLOR, TIMBERLY "MIMI" MOORE, RON DONAHUE, and MARK ROBISON, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 146 and 147), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than March 16, 2010, to attempt to resolve the motions; and

(2) File a jointly prepared report by March 18, 2010,(a) as to which issues in the motions are

resolved and which ones remain unresolved and (b), for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 9th day of March, 2010.

                                          /s/ Myron H. Thompson  
                                          **UNITED STATES DISTRICT JUDGE**